| AO 10
Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT
FOR CALENDAR YEAR 2016 | Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)

Ericksen, Joan N. | 2. Court or Organization

U.S. District Court - Minnesota | 3. Date of Report

08/10/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;
magistrate judges indicate full- or part-time)

U.S. District Judge - Active | 5a. Report Type (check appropriate type)

☐ Nomination    Date
☐ Initial   ☑ Annual    ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2016
to
12/31/2016 |
| 7. Chambers or Office Address

12W United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Past President | Federal Bar Association, Minnesota Chapter |
| 2. | Committee Member | NCBE, Multistate Bar Drafting Committee |
| 3. | President | Jimmie V. Reyna Intellectual Property Inn of Court |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Minnesota State Judge Defined Benefit Retirement Plan |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | National Conference of Bar Examiners | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NCBE | May 20-23, 2016 | Montreal, Quebec | Multistate Bar Drafting Committee Meeting | Transportation, hotel, and meals |
| 2. | Duke Law School | June 26-28, 2016 | Washington, DC | MDL Panelist | Transportation, hotel, and meals |
| 3. | NCBE | October 26-28, 2016 | Newport, RI | Multistate Bar Drafting Committee Meeting | Transportation, hotel, and meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameriprise Money Market (AIMMA) | | None | | | Sold | 05/31/16 | K | | |
| 2. Credit Suisse Commodity Return Strategy Cl A (CRSAX) | | None | | | Sold | 05/31/16 | K | | |
| 3. Fidelity Advisor 529 Aggressive Growth Cl C (FFCGX) | | None | K | T | Sold (part) | 08/29/16 | J | | |
| 4. Schwab Intl Equity ETF (SCHF) | A | Dividend | | | Sold | 05/31/16 | K | | |
| 5. Trust #1 (H) | | | | | | | | | |
| 6. Charles Schwab Cash (cash account) | A | Interest | J | T | Open | 06/27/16 | K | | |
| 7. Columbia Acorn Intl Cl A (LAIAX) | | None | | | Sold | 09/30/16 | K | | |
| 8. Eagle Small Cap Growth Cl A (HRSCX) | | None | | | Sold | 09/30/16 | K | | |
| 9. Oppenheimer Developing Markets Cl A (ODMAX) | | None | | | Sold | 09/30/16 | K | | |
| 10. Oppenheimer Steelpath MLP Select 40 Cl A | A | Dividend | | | Sold | 09/30/16 | K | | |
| 11. Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | | | Sold | 09/30/16 | K | | |
| 12. Vanguard Mid Cap Value ETF (VOE) | A | Dividend | | | Sold | 09/30/16 | K | | |
| 13. Vanguard Mid Cap Growth ETF (VOT) | A | Dividend | | | Sold | 09/30/16 | J | | |
| 14. Vanguard Growth ETF (VUG) | A | Dividend | | | Sold | 09/30/16 | K | | |
| 15. Vanguard Value ETF (VTV) | A | Dividend | | | Sold | 09/30/16 | L | | |
| 16. Accenture PLC Class A | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 17. Adient PLC | | None | | | Buy | 10/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 11/28/16 | J | | |
| 19. Check PT Software | | None | K | T | Buy | 10/03/16 | J | | |
| 20. Cognizant Tech Solu Class A | | None | K | T | Buy | 10/03/16 | J | | |
| 21. CR Bard Incorporate | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 22. CVS Health Corp | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 23. Danaher Corp | | None | J | T | Buy | 10/03/16 | J | | |
| 24. Ecolab Inc | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 25. Expeditors Intl Wash | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 26. Fastenal Co | A | Dividend | K | T | Buy | 10/03/16 | J | | |
| 27. Fedex Corporation | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 28. Franklin Resources | | None | K | T | Buy | 10/03/16 | J | | |
| 29. Illinois Tool Works | | None | J | T | Buy | 10/03/16 | J | | |
| 30. Johnson & Johnson | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 31. Johnson Ctls Intl | | None | J | T | Buy | 10/03/16 | J | | |
| 32. Medtronic PLC | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 33. Microsoft Corp | A | Dividend | K | T | Buy | 10/03/16 | J | | |
| 34. Novartis AG ADR | | None | J | T | Buy | 10/03/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Proctor & Gamble | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 36. Qualcomm Inc | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 37. Sherwin Williams Co | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 38. Stryker Corp | | None | J | T | Buy | 10/03/16 | J | | |
| 39. Thermo Fisher Scientific | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 40. Visa Inc Class A | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 41. Wal-mart Stores Inc | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 42. WW Grainger Inc | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 43. IRA #1 (H) | | | | | | | | | |
| 44. Charles Schwab Cash ( cash account) | A | Interest | J | T | Open | 05/25/16 | K | | |
| 45. Goldman Sachs Commodity Strategy Cl A (GSCAX) | A | Dividend | | | Sold | 09/30/16 | J | | |
| 46. Merger Fund Investor Cl (MERFX) | | None | | | Sold | 09/30/16 | M | | |
| 47. Oppenheimer Developing Markets Cl A (ODMAX) | | None | | | Sold | 09/30/16 | J | | |
| 48. Oppenheimer Intl Bond Cl A (OIBAX) | A | Dividend | | | Sold | 09/30/16 | K | | |
| 49. Pimco Foreign Bond Unhedged Cl A (PURAX) | A | Dividend | | | Sold | 09/30/16 | L | | |
| 50. Prudential Global Real Estate Cl A (PURAX) | A | Dividend | | | Sold | 09/30/16 | J | | |
| 51. Undiscovered Managers Behavioral Value A (UBVAN) | A | Dividend | | | Sold | 09/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | | | Sold | 09/30/16 | K | | |
| 53. Wells Fargo Short Term High Yield Bond Cl A (SSTHX) | B | Dividend | | | Sold | 09/30/16 | M | | |
| 54. Vanguard Large Cap ETF IV (VV) (X) | A | Dividend | | | Sold | 09/30/16 | J | | |
| 55. Accenture PLC Class A | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 56. Adient PLC | | None | | | Buy | 10/31/16 | J | | |
| 57. | | | | | Sold | 11/28/16 | J | | |
| 58. Check PT Software | | None | K | T | Buy | 10/03/16 | K | | |
| 59. Cognizant Tech Solu Class A | | None | K | T | Buy | 10/03/16 | K | | |
| 60. CR Bard Incorporate | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 61. CVS Health Corp | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 62. Danaher Corp | | None | J | T | Buy | 10/03/16 | K | | |
| 63. Ecolab Inc | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 64. Expeditors Intl Wash | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 65. Fastenal Co | A | Dividend | K | T | Buy | 10/03/16 | K | | |
| 66. Fedex Corporation | A | Dividend | K | T | Buy | 10/03/16 | K | | |
| 67. Franklin Resources | | None | K | T | Buy | 10/03/16 | K | | |
| 68. Illinois Tool Works | | None | K | T | Buy | 10/03/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Johnson & Johnson | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 70. Johnson Ctls Intl | | None | J | T | Buy | 10/03/16 | K | | |
| 71. Medtronic PLC | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 72. Microsoft Corp | A | Dividend | K | T | Buy | 10/03/16 | K | | |
| 73. Novartis AG ADR | | None | J | T | Buy | 10/03/16 | K | | |
| 74. Proctor & Gamble | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 75. Qualcomm Inc | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 76. Sherwin Williams Co | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 77. Stryker Corp | | None | J | T | Buy | 10/03/16 | K | | |
| 78. Thermo Fisher Scntfc | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 79. Visa Inc Class A | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 80. Wal-mart Stores Inc | A | Dividend | J | T | Buy | 10/03/16 | K | | |
| 81. WW Grainger Inc | A | Dividend | J | T | Buy | 10/03/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 08/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the 2016 report, assets were sorted by account and identified with individual headers.  As a result, lines 9 and 47 of the 2016 report both correspond with lines 25-29 of the 2015 report, and lines 11 and 52 of the 2016 report both correspond with lines 38-41 of the 2015 report

Part VII, lines 3-4, 7-9, 14-16, and 20-21 of the 2015 report were sold in their entirety during 2015.

Part VII, lines 29, 37, 41, and 44 of the 2015 report should have reflected "Sold (part)" instead of "Sold."

Part VII, line 24 of the 2015 report is a defined benefit pension plan and thereofre was removed from Part VII.  It continues to be listed in Part II, and when payments are made, they will be reflected in Part III A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan N. Ericksen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544